UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARSH KATOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:04-CV-938 CAS |
| | ) |
| MEDIQ/PRN LIFE SUPPORT SERVICES, | ) |
| INC, DAVID ARMSTRONG, and | ) |
| BRAD THOMPSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that defendants David Armstrong and Brad Thompson are **DISMISSED** from this action **without prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants David Armstrong and Brad Thompson in the Amended Complaint in Count V for assault and battery, Count VII for intentional infliction of emotional distress, and Count VIII for negligent infliction of emotional distress are **DISMISSED without prejudice**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of August, 2005.